| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | RAUL A TOVAR |
| Debtor 2 (Spouse, if filing) | MARIA MENDOZA TOVAR |
| United States Bankruptcy Court for the: | Eastern District of Arkansas (Central Division) |
| Case number | 20-13127 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 6

**Date of payment change:**
Must be at least 21 days after date of this notice        11/01/2021

**New total payment:**
Principal, interest, and escrow, if any       $792.61

**Last 4 digits** of any number you use to identify the debtor's account:   7 1 1 5

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 221.51        **New escrow payment:** $ 220.88

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $ _____       **New principal and interest payment:** $ _____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   **Current mortgage payment:** $ _____        **New mortgage payment:** $ _____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

| | | |
|---|---|---|
| Debtor 1 | RAUL A TOVAR | Case number (if known) 20-13127 |
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Signature: /s/Esmeralda Munoz, a/k/a Esmer Munoz

Date: 09/29/2021

Print: Esmeralda Munoz, a/k/a Esmer Munoz
First Name    Middle Name    Last Name

Title: Authorized Officer

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail
Number    Street
700 Kansas Lane, Mail Code LA4-5555
Address 2
Monroe    LA    71203
City    State    ZIP Code

Contact phone: 866-243-5851

Email: PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas (Central Division)

Chapter 13 No. 20-13127
Judge: JUDGE RICHARD D. TAYLOR

In re:
RAUL A TOVAR & MARIA MENDOZA TOVAR
    Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before October 01, 2021 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid

    RAUL A TOVAR
    813 W. 12TH STREET

    RUSSELLVILLE AR 72801

    By U.S. Postal Service First Class Mail Postage Prepaid

    MARIA MENDOZA TOVAR
    813 W. 12TH STREET

    RUSSELLVILLE AR 72801

Debtor's Attorney:    By U.S. Postal Service First Class Mail Postage Prepaid

    JIM CARFAGNO JR
    ATTORNEY AT LAW
    2000 W MAIN STE B

    RUSSELLVILLE AR 72801

    By U.S. Postal Service First Class Mail Postage Prepaid

    JIM CARFAGNO JR
    ATTORNEY AT LAW
    2000 W MAIN STE B

    RUSSELLVILLE AR 72801

Trustee:    By U.S. Postal Service First Class Mail Postage Prepaid

    JOYCE BRADLEY BABIN
    CHAPTER 13 STANDING TRUSTEE
    LINE 1 877-694-8061 CODE5202809
    LINE 2 877-953-5412 CODE 6692958 PO BOX 8064
    LITTLE ROCK AR 72203

    /s/Esmeralda Munoz, a/k/a Esmer Munoz

    Authorized Officer

    JPMorgan Chase Bank, N.A.



OH4-7399
3415 Vision Drive
Columbus, OH 43219

00031 ECA Z 22321 C - ESU SC
MARIA MENDOZA- TOVAR
813 W 12TH ST
RUSSELLVILLE, AR   72801

### Escrow account statement

**Account number**
**Statement date** 08/11/2021
**Review period** 08/2020 to 10/2021

**Property address**
813 W 12th St
Russellville, AR  72801

**New monthly mortgage payment amount**
$792.61

**New payment effective date**
11/01/2021

## Your escrow surplus summary

Changes in monthly escrow balances are common and due to adjustments in your taxes or insurance. To help ensure you have enough funds in your escrow account to cover these important payments, we require a minimum balance of up to two months of escrow payments in your account.

- The lowest balance in your escrow account over the next 12 months is estimated to be **$557.01** in July 2022.
- Minimum required balance means the minimum balance that must remain in your account at all times. Your minimum required balance is **$441.76**.
- The difference between your estimated low balance and your minimum required balance is the escrow surplus. However, if you are in Chapter 12 or 13, the amount of your escrow surplus may be impacted by a bankruptcy adjustment. A bankruptcy adjustment is an amount comprised of the escrow deficiency and projected escrow shortage. The escrow deficiency is that amount of taxes and insurance we paid on your behalf that remained unpaid as of the date you filed your bankruptcy case. The projected escrow shortage is the amount needed to fund escrow disbursements for the 12 months after you filed bankruptcy case. The escrow deficiency and projected escrow shortage are listed on the proof of claim filed in your bankruptcy case and will be collected through the bankruptcy plan. With the current bankruptcy adjustment of $0.00, you have estimated post-petition surplus of $115.25.

## Monthly payment breakdown

| Monthly mortgage payment breakdown | Contractual payment amount | Current post-petition amount | New post-petition amount |
|---|---|---|---|
| **Principal & interest** | $571.73 | $571.73 | $571.73 |
| **Escrow account deposit** | $221.51 | $221.51 | $220.88 |
| **Total payment amount** | $793.24 | $793.24 | $792.61 |

**Important Message:** If you are currently in a bankruptcy case or you received a discharge in a bankruptcy case, then this escrow statement is for information only. The statement is designed to keep you informed on the status of your escrow account. It should not be interpreted or construed as a demand for payment or an attempt to collect, assess or recover all or part of a debt from you. If a Chapter 12 or 13 trustee is making your on-going post petition mortgage payments for you, then please give a copy of this statement to the trustee.

0000001 CHK1825 210811 Page 1 of 3    00031

▼ Please detach check below. ▼

---

JPMORGAN CHASE BANK NA
DISBURSEMENT CLEARING
FOR PAYMENT OF ESCROW TO MORTGAGOR
3415 Vision Drive
Columbus, OH 43219



CHASE

JPMORGAN CHASE BANK NA
SYRACUSE, N.Y.

50-937/213

| DATE | PAY THIS AMOUNT |
|---|---|
| 08/12/2021 | $**********115.25 |

VOID AFTER 180 DAYS

**VOID**

Security features Included. Details on back.

PAY TO THE ORDER OF  **ONE HUNDRED FIFTEEN AND 25/100 DOLLARS**

MARIA MENDOZA- TOVAR
813 W 12TH ST
RUSSELLVILLE AR  72801



## Annual escrow breakdown

| Escrow expense breakdown | What was estimated to be paid | Change | What we expect to pay* |
|---|---|---|---|
| Homeowner's insurance | $2,160.96 | = | $2,160.96 |
| Property tax | $497.17 | ↓ | $489.62 |

*These estimates are typically based on what we paid last year.

## Resource for you



**Contact Us**
Customer Service
Monday-Friday

1-866-243-5851
8am - 6pm (ET)

## Your escrow account activity for the review period

The chart below shows what actually happened in your escrow account for the review period compared to what we estimated would happen.

|  |  |  |  | Escrow Account Balance | |
|---|---|---|---|---|---|
| Month-Year | Activity | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
|  | Starting Balance |  |  | $443.03 | $479.04 |
| Aug-20 | Deposit | $221.51 | $218.24 * | $664.54 | $697.28 |
| Sep-20 | Deposit | $221.51 | $436.48 * | $886.05 | $1,133.76 |
| Oct-20 | Deposit | $221.51 | $0.00 * | $1,107.56 | $1,133.76 |
| Nov-20 | Deposit | $221.51 | $218.24 * | $1,329.07 | $1,352.00 |
| Dec-20 | Deposit | $221.51 | $218.24 * | $1,550.58 | $1,570.24 |
| Jan-21 | Deposit | $221.51 | $0.00 * | $1,772.09 | $1,570.24 |
| Feb-21 | Deposit | $221.51 | $436.48 * | $1,993.60 | $2,006.72 |
| Mar-21 | Deposit | $221.51 | $436.48 * | $2,215.11 | $2,443.20 |
| Apr-21 | Deposit | $221.51 | $218.24 * |  |  |
| Apr-21 | Withdrawal - POPE COUNTY | $497.17 | $489.62 * | $1,939.45 | $2,171.82 |
| May-21 | Deposit | $221.51 | $0.00 * | $2,160.96 | $2,171.82 |
| Jun-21 | Deposit | $221.51 | $439.75 * |  |  |
| Jun-21 | Withdrawal - ALLSTATE | - | $2,056.43 * | $2,382.47 | $555.14 |
| Jul-21 | Deposit | $221.51 | $0.00 * |  |  |
| Jul-21 | Withdrawal - HOMEOWNER IN | $2,160.96 | $0.00 * | $443.02 | $555.14 |
| Aug-21 | Deposit | - | $221.51 * | $443.02 | $776.65 |
| Sep-21 | Deposit | - | $221.51 E | $443.02 | $998.16 |
| Oct-21 | Deposit | - | $221.51 E | $443.02 | $1,219.67 |
|  |  | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
|  | **Total Deposits** | $2,658.12 | $3,286.68 |  |  |
|  | **Total Withdrawals** | $2,658.13 | $2,546.05 |  |  |
|  | **Account Balance as of Oct-21** |  |  |  | $1,219.67 |

An "E" in the chart above means estimated post petition activity that hasn't occurred yet. Please note that any month impacted by an "E" (estimated) deposit, is showing an actual balance that assumes those estimated deposits have been received.

Note: changes in property taxes and/or insurance payments create the difference between the estimated and actual amounts in the chart. The reason(s) why the minimum required balance was not reached may be explained by the items with asterisks, which show the differences between the actual and estimated amounts.

## Your estimated escrow account activity over the next 12 months

|  |  |  | Escrow Account Balance | |
|---|---|---|---|---|
| Month-Year | Activity | Estimated Activity | Estimated Balance | ACTUAL Balance |
|  | Starting Balance |  |  | $1,219.67 |
| Nov-21 | Deposit | $220.88 | $1,440.55 |  |
| Dec-21 | Deposit | $220.88 | $1,661.43 |  |
| Jan-22 | Deposit | $220.88 | $1,882.31 |  |
| Feb-22 | Deposit | $220.88 | $2,103.19 |  |

### (Continued)



ENDORSE CHECK HERE

DO NOT WRITE/ STAMP/ SIGN BELOW THIS LINE

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

® Padlock design is a certification mark of the Check Payment Systems Association

Listed below are the security features provided on this document which meets and/or exceeds industry guidelines.

**Security Features:**
Microprinting
Chemical Sensitization
Invisible Fluorescent Fibers
Advisory Icon

**Description / Fraud Indicator:**
Reduced lines of type on front sides of check appear as a solid line until viewed under magnification.
Colored stain(s) on either or both sides of check indicate possible chemical alteration.
Invisible fibers on surface of check become visible under UV light.
Icon located on face of check that alerts handler that the document contains security features.

## Your estimated escrow account activity over the next 12 months continued

| Month-Year | Activity | Estimated Activity | Escrow Account Balance | |
|---|---|---|---|---|
| | | | Estimated Balance | ACTUAL Balance |
| Mar-22 | Deposit | $220.88 | $2,324.07 | |
| Apr-22 | Deposit | $220.88 | | |
| Apr-22 | Withdrawal - Pope County | $489.62 | $2,055.33 | |
| May-22 | Deposit | $220.88 | $2,276.21 | |
| Jun-22 | Deposit | $220.88 | $2,497.09 | |
| Jul-22 | Deposit | $220.88 | | |
| Jul-22 | Withdrawal - Allstate | $2,160.96 | $557.01 | |
| Aug-22 | Deposit | $220.88 | $777.89 | |
| Sep-22 | Deposit | $220.88 | $998.77 | |
| Oct-22 | Deposit | $220.88 | $1,219.65 | |
| | | Estimated Activity | Original Estimated Balance | ACTUAL Balance |
| | Total Estimated Deposits | $2,650.56 | | |
| | Total Estimated Withdrawals | $2,650.58 | | |
| | Estimated Account Balance as of Oct-22 | | $1,219.65 | |

**This Page Intentionally Left Blank**



# How to read your

## Escrow Account Statement



**New monthly mortgage payment amount**
Shows your new monthly payment amount

**Your escrow surplus summary**
Explains why your account has a surplus

**Annual escrow breakdown**
Displays your annual escrow expenses with original estimated payment compared to current estimated payments. Lower than estimated tax and/or insurance payments can result in a surplus.

**Monthly payment breakdown**
Breaks down your monthly payment to show mortgage principal & interest, escrow, and your current vs. new monthly payment amounts.

**Surplus Check**
Your surplus check will be attached here if the amount is greater than $50.
Please detach and cash it.

**Your escrow account activity for the review period**
Shows estimated activity in your account in the review period, with the actual activity in your account. Surpluses can occur if the actual taxes and/or insurance payments are lower than estimated.

**Your estimated ecrow account activity over the next 12 months**
Based on actual activity in the prior review period, this section projects activity for the next 12 months.
The highlighting shows your estimated low balance. Your surplus amount is the difference between this low balance and your minimum required balance.

## Frequently asked questions

**Why am I getting an Escrow Analysis?**
We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we estimate to pay next year.

**Why does my account have a surplus?**
Your account balance is higher than the minimum balance required, so we're refunding the difference. If your refund is more than $50, your check is attached. If it's less than $50, we'll credit your escrow account with your surplus.
We calculate next year's monthly escrow payment based on your tax and/or insurance payment amounts at the time your analysis is run. If your taxes and/or insurance change, your escrow payment may chance, resulting in a shortage or surplus next year.

**What is a minimum required balance?**
For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Where can I get more information?**
- For answers to more questions and to watch our informational video, visit **www.chase.com/Escrow**
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **www.chase.com/Alerts**


©2015 JPMorgan Chase & Co.

58699-ESU-0215